Copies sent
7/22/05
fgm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 7:05-CR-170 (GHL)

**ANNE C. SMITH**

Bradford Riendeau, Esq. (cja)
Attorney for Defendant

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 21 2005
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

**THE DEFENDANT ENTERED A PLEA OF:**

__XX__ guilty __ nolo contendere] as to count(s) 1 and 2

**THERE WAS A:**
__ finding __ verdict] of guilty as to count(s)_____.

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Conspiracy to Defraud the United States and Theft of U.S. Property, in violation of Title 18, United States Code, Sections 371 and 641

**DATE OFFENSE CONCLUDED:** December 20, 2004

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $1000.00, payable in installments of $100.00 each month beginning August 1, 2005, and a $25.00 special assessment, payable immediately. Payments shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

**IT IS FURTHER ORDERED,** that Defendant is placed on unsupervised probation for one year.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver a certified copy of this judgment to the United States Marshal of this district.

_____July 13, 2005_____
Date of Imposition of Sentence

_____July 21, 2005_____
DATE SIGNED

_____/s/ George H. Lowe_____
GEORGE H. LOWE
U.S. Magistrate Judge